United States Bankruptcy Court
Northern District of California

In re:     Case No. 23-10603-CN
Shawn Allen Arson     Chapter 7
Stacy Renee Arson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0971-1    User: admin    Page 1 of 1
Date Rcvd: Apr 11, 2025    Form ID: FIND    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Shawn Allen Arson, Stacy Renee Arson, 16004 38th Avenue, Clearlake, CA 95422-9037

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:

**Name**    **Email Address**

Brian A. Barboza
    on behalf of Debtor Shawn Allen Arson barbozaecf@gmail.com BarbozaBR74361@notify.bestcase.com

Marlene G. Weinstein
    mgwtrustee@mgwtrustee.com c142@ecfcbis.com

Office of the U.S. Trustee / SR
    USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In Re: | Shawn Allen Arson and Stacy Renee Arson | Case No.: 23−10603 CN 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☒ Marlene G. Weinstein is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☒ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 4/11/25

By the Court:

Charles Novack
United States Bankruptcy Judge